UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW SANCHEZ; TIANNA S. SANCHEZ,

          Plaintiffs,

-against-

JUDGE MARTIN MILLER, *et al.*,

          Defendants.

20-CV-0620 (CM)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Plaintiffs brings this action *pro se* and request authorization to proceed without prepayment of fees. To proceed with a civil action in this Court, plaintiffs must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, each plaintiff must submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiffs submitted the complaint without an IFP application from Plaintiff Tianna Sanchez. Within thirty days of the date of this order, Plaintiffs must either pay the $400.00 in fees or Tianna Sanchez must fully complete and sign the attached IFP application. If Tianna Sanchez submits the IFP application, it should be labeled with docket number 20-CV-0620 (CM). If the Court grants the IFP application, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. No summons shall issue at this time. If Plaintiff Tianna Sanchez fails to comply with this order within the time allowed, she will be dismissed as a party to this action.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:
      New York, New York

                                                    COLLEEN McMAHON
                                        Chief United States District Judge