UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW SANCHEZ; TIANNA S. SANCHEZ,<br><br>        Plaintiffs,<br><br>  -against-<br><br>JUDGE MARTIN MILLER, *et al.*,<br><br>        Defendants. | 20-CV-0620 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 8, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 8, 2020
     New York, New York

                        COLLEEN McMAHON
                        Chief United States District Judge